UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                     Chapter 13 No. 16-41277
Alvin J. Johnson
                       Debtor.                 Hon. Phillip J. Shefferly
_____/

## OBJECTIONS TO CONFIRMATION

NOW COMES CIT Bank, N.A., by and through their attorneys, Trott Law, P.C., and hereby Objects to Confirmation as follows:

1. That Creditor is a holder of a reverse mortgage on real property owned by the debtor(s) and located at 6819 Covert St., Detroit, MI 48212-2013;

2. That according to the reverse mortgage, the loan is an Adjustable Rate Loan that secures repayment of a debt up to a maximum of $85,500.00;

3. That according to Creditor's records, the debt of approximately $72,438.96 is accruing interest and other monthly charges pursuant to the underlying mortgage and note;

4. That the Debtor's Plan of Reorganization proposes to pay Creditor in Class 5.2 as a Total Debt Claim of $14,000.00 with 0% interest at $274.51 per month;

5. That according to the Creditor's records, after application of all borrower payments, the pre-petition arrearage is approximately $14,327.80;

6. That the loan held by Creditor is non-escrowed account and the Debtor must maintain the hazard insurance and taxes on the said property;

7. That the Debtor(s) failed to provide evidence of insurance and the Creditor has been forced to secure alternative insurance and advance approximately $4,702.00 for said insurance;

8. That additionally, Creditor has advanced approximately $10,330.80 to pay taxes and prevent the loss of the property;

9. That according to creditors records, Creditor has received approximately $705.00 in payments from the Debtor;

10. That due to the Debtor's failure to maintain taxes and hazard insurance, Creditor is inadequately protected;

TROTT LAW, P.C.
31440 NORTHWESTERN
HWY
STE 200
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

11. That Creditor needs to receive adequate assurance/protection that the debtor will pay future taxes as they become due in the form of a future default order;

12. That Creditor objects to total debt treatment in Class 5.2 as the mortgage does not mature until February 10, 2085;

WHEREFORE, Creditor prays that Confirmation be denied.

Respectfully Submitted,
Trott Law, P.C.

Dated: February 12, 2016

/S/ Shawn C. Drummond (P58471)
Attorney for CIT Bank, N.A.
31440 Northwestern Hwy Ste 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

Trott #457295B02

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628