**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN THE MATTER OF:

ALVIN J. JOHNSON

                                                        Bankruptcy No **16-41277**
                                                        Honorable SHEFFERLY
                                                                   Chapter **13**

      Debtor
_____/

*SATISFACTION OF PROOF OF*
*CLAIM#7 FILED BY WAYNE COUNTY TREASURER OFFICE*

On **April 8 , 2016,** the Office of the Wayne County Treasurer filed a Proof of Claim in the above proceeding for the amount of **EIGHTY TWO AND 91/100 ($82.91)**. However, **said claim has been satisfied in whole.**

                                        Respectfully submitted:

                            By:  /s/  *Rhonda Bradwell*
                                  RHONDA BRADWELL
                                  Office of the Wayne County Treasurer
                                  400 Monroe, Fifth Floor
                                  Detroit, MI  48226-2942
                                  (313) 224-5957 Phone
                                  (313) 224-8193 Fax
                                  WCTBankruptcy@waynecounty.com