**EXHIBIT 4**

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

In re:  Chapter 13 No.16-41277
Alvin J. Johnson  Hon. Phillip J. Shefferly

                             Debtor(s).
_____/

**CERTIFICATE OF SERVICE**

The undersigned states that copies of CIT Bank, N.A.'s MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ENTRY OF ORDER WAIVING THE PROVISION OF FRBP 4001(A)(3) and Notice of Motion and Opportunity for Hearing were served upon the following parties, either electronically or by depositing said copies on November 7, 2016 in the U.S. mail, postage prepaid, properly addressed as follows:

Alvin J. Johnson
6819 Covert St
Detroit, MI 48212-2013

David Wm Ruskin
26555 Evergreen Rd. Ste 1100
Southfield, MI 48076-4251

Secretary of Housing and Urban Development
735 E Michigan Ave
Lansing, MI 48912-1474

Jack L. Berman
Jack Berman & Associates PC
24405 Gratiot Ave
Eastpointe, MI 48021-2353

Wanye County Treasurer
400 Monroe St Fl 7
Detroit, MI 48226-2944

Banc One Financial Services, Inc
8604 Allisonville Rd
Indianapolis, IN 46250-1546

/S/ Lisa Love
_____

Legal Assistant
Trott Law, P.C.
Attorney for CIT Bank, N.A.
31440 Northwestern Hwy Ste. 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628