UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____
In Re: ALVIN JOHNSON                                    Case No. 16-41277
                                                        Chapter 13
            Debtor.                                     Hon: Phillip J. Shefferly
_____

# EX-PARTE
# APPLICATION TO DISMISS

NOW COMES ALVIN JOHNSON, Debtor herein, by and through his attorney, JACK BERMAN, and by way of Motion to Dismiss respectfully says as follows:

1. That your Petitioner filed for relief with this court February 2, 2016.

2. That your Petitioner's Plan of Reorganization was confirmed.

3. That your Petitioner has determined that it is in his best interest to dismiss these proceedings at this time.

4. That your Petitioner has been advised by counsel that he may not be allowed to file another Chapter 13 for 180 days after the dismissal of the above Chapter 13.

5. That your Petitioner is aware that none of his bills have been canceled and that his Creditors will pursue payment of these bills.

6. That your Petitioner is aware that no creditor, including his mortgage company or auto financing company, are required to cooperate with her regarding payment plans to catch up his missed payments.

7. That your Petitioner has been advised by counsel, Jack Berman, that she does not think it is in Debtor's best interest to dismiss this case.

8. That Debtor requests that no further funds be delivered by his bank to the Chapter 13 Trustee.

**WHEREFORE** it is prayed that this Honorable Court enter your Petitioner's proposed Ex-Parte Order of Dismissal.

I DECLARE THE ABOVE STATEMENTS ARE TRUE AND ACCURATE TO THE BEST OF MY INFORMATION, KNOWLEDGE AND BELIEF.


                                        /s/ Alvin Johnson_____
                                        ALVIN J. JOHNSON, Debtor


_____
JACK BERMAN (P10737)
Attorney for Debtor
24405 Gratiot Ave.
Eastpointe, MI 48021
586/ 779-6000
jackberman72@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

In Re: ALVIN J. JOHNSON             CaseNo. 16-41277
                                                                Chapter 13
                Debtor.                           Hon: PHILLIP J. SHEFFERLY.

_____

**EX-PARTE**
**ORDER OF DISMISSAL**

Upon the reading and filing of Debtor's Application for Dismissal and this Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that this cause shall be, and hereby is, dismissed.

EXHIBIT "A"