```
                  UNITED STATES BANKRUPTCY COURT
                   EASTERN DISTRICT OF MICHIGAN
                         SOUTHERN DIVISION
```

_____

In Re: ALVIN J. JOHNSON                              Case No. 16-41277
                                                     Chapter 13
          Debtor.                                    Hon: PHILLIP J. SHEFFERLY.

_____

# EX-PARTE
# ORDER OF DISMISSAL

    Upon the reading and filing of Debtor's Application for Dismissal and this Court being fully advised in the premises;

    **IT IS HEREBY ORDERED** that this cause shall be, and hereby is, dismissed.

**Signed on November 22, 2016**

                                                                /s/ Phillip J. Shefferly
                                                                **Phillip J. Shefferly**
                                                                **United States Bankruptcy Judge**